## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Greenberg v. State University Hospital _____ Docket No.: 19-3570 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jonathan A. Popolow

Firm: New York City Law Department

Address: 100 Church Street

Telephone: (212) 356-4084 _____ Fax: (212) 356-2509

E-mail: jpopolow@law.nyc.gov

Appearance for: New York City Health and Hospitals Corporation and Kings County Hospital Center / Defendants-Appellees
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: Georgia Mary Pestana / New York City Law Department )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

---

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on January 5, 2018 OR

[ ] I applied for admission on .

Signature of Counsel: /s/ Jonathan A. Popolow

Type or Print Name: Jonathan A. Popolow