## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Greenberg v. State University Hospital _____   Docket No.: 19-3570 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Richard Dearing

Firm: New York City Law Department

Address: 100 Church Street New York, New York 10007

Telephone: 212 356 2500 _____   Fax: 212 356 2509

E-mail: rdearing@law.nyc.gov

Appearance for: New York City Health and Hospitals Corporation and Kings County Hospital Center / Defendants-Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Jonathan A. Popolow / New York City Law Department )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on June 11, 2015 _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Richard Dearing

Type or Print Name: Richard Dearing